E-FILED
Tuesday, 19 May, 2026 03:27:26 PM
Clerk, U.S. District Court, ILCD

GODFREY & KAHN

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE 2719
MADISON, WISCONSIN 53701-2719
TEL • 608.257.3911 FAX • 608.257.0609
WWW • GKLAW.COM

Direct: 608-284-2637
**jjohanningmeier@gklaw.com**

May 19, 2026

**VIA ELECTRONIC FILING**

Honorable Colin S. Bruce
U.S. District Court for the Central District of Illinois
318 U.S. Courthouse
201 S. Vine St.
Urbana, IL 61802

RE: *Erick A. Johnson v. Momence Packing Co.*, Case No. 2:24-cv-02031

Dear Judge Bruce:

I write to advise that Plaintiff Erick Johnson failed to respond to Momence Packing Co.'s Motion for Summary Judgment. (Dkt. 24.) His deadline to do so was yesterday, May 18, 2026. Plaintiff has been represented by counsel throughout this matter.

As you know, because Plaintiff failed to respond, all numbered facts are deemed admitted pursuant to Central District of Illinois Local Rule 7.1(D)(2)(b)(6). Based on the undisputed material facts, Momence is entitled to summary judgment as outlined in its Memorandum in Support of Its Motion for Summary Judgment. (Dkt. 29.) Thank you for your attention to this matter.

Sincerely,

GODFREY & KAHN, S.C.

*s/ Josh Johanningmeier*

Josh Johanningmeier
State Bar No. 6321805

cc: Joseph DiPasquale, Esq.

38435922.1